UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 13, 2006

Memo To Counsel Re:  Valarie Watts v. Sun Life Assurance Company of Canada
Civil No. JFM-06-1441

Dear Counsel:

I have reviewed the memoranda and correspondence submitted in connection with defendant's motion to dismiss.

It is clear that defendant's motion should be granted as to counts I and III in which plaintiff asserts claims for breach of fiduciary duty.  Plaintiff may not proceed under 29 U.S.C. § 1132(a)(3) because plaintiff has a fully adequate remedy for unpaid benefits under § 1132(a)(1)(B).  *See Varity Corp. v. Howe*, 516 U.S. 489, 512, 515 (1996).  Likewise, if plaintiff is seeking to proceed under § 1132(a)(2) (which she is not expressly alleging that she is doing), her effort is unavailing because any recovery by a participant or beneficiary under that section must "inure to the benefit of the plan as a whole."  *Mass. Mut. Life Ins. Co. v. Russell*, 473 U.S. 134, 140, 142 n.9 (1985).  Although plaintiff makes conclusory allegations that the granting of injunctive relief against defendant would provide "potential benefit and protection to all beneficiaries under the [P]lan," she concedes in her memorandum opposing the motion to dismiss that her breach of fiduciary duty claims are "designed primarily to benefit an individual Plaintiff."  (Watts Opp'n at 17.)

I will defer ultimate ruling upon the timeliness issue until the Fourth Circuit has decided the appeal in *White v. Sun Life Assurance Co. of Canada*.  In the meantime, however, in order to avoid unnecessary delay in the event that the Fourth Circuit affirms Judge Thornburg's ruling, this action should proceed on its merits.  Accordingly, a scheduling conference will be held on October 30, 2006 at 9:00 a.m.  I ask counsel for plaintiff to initiate the call.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/


J. Frederick Motz
United States District Judge